STATE OF NEW JERSEY v. MARK REDDY.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN BUSH.

September 11, 1987.

Petition for certification denied.

IN THE MATTER OF THE PETITION FOR
EXPUNGEMENT OF R.P.Z.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. REYNALDO MONTALVO.

September 11, 1987.

Petition for certification denied.